**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JOSE REQUENA ET AL. | § |
| | § |
| | §   CASE NO. 9:20-cv-147-RC-ZJH |
| v. | § |
| | §   JUDGE RON CLARK |
| PILGRIM'S PRIDE CORP. | § |
| | § |
| | § |

# ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO DISMISS

Defendant Pilgrim's Pride Corporation filed an Unopposed Motion for Leave to File Motion to Dismiss. [Dkt. #15]. Plaintiffs do not oppose the Motion.

**IT IS THEREFORE ORDERED** that Defendant Pilgrim's Pride Corporation's Unopposed Motion for Leave to File Motion to Dismiss [Dkt. #15] is **GRANTED.**

SIGNED this 9th day of September, 2020.

_____
Zack Hawthorn
United States Magistrate Judge