# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| JOSE MANUEL REQUENA and OSCAR REQUENA, Individually and On Behalf of the Estate of Maria Hernandez,<br><br>Plaintiffs,<br><br>vs.<br><br>PILGRIM'S PRIDE CORPORATION,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 9:20-CV-147<br>)<br>)<br>)<br>)<br>) |

## AGREED MOTION FOR ENTRY OF
## <u>AGREED PROTECTIVE ORDER</u>

Plaintiffs Jose Manuel Requena and Oscar Requena, individually and on behalf of the Estate of Maria Hernandez (collectively, "Plaintiffs"), and Defendant Pilgrim's Pride Corporation ("Pilgrim's" and together with Plaintiffs referred to as "Parties") respectfully request that the Court enter the Agreed Protective Order jointly prepared by the Parties and state as follows:

1.  The Parties agree to the relief requested in this motion.

2.  The Parties diligently worked through issues of how to handle documents and other information containing confidential material, trade secrets, and proprietary information in this commercial dispute. The Agreed Protective Order sets forth the Parties' agreements.

3.  The Parties respectfully request that the Court enter the Agreed Protective Order attached hereto as Exhibit "A" and presented separately to the Court by email.

1

Respectfully submitted,

/s/ *William R. Langley*
Jim Hart, Lead Attorney
Texas State Bar No. 24102061
William R. Langley
Texas State Bar No. 24102061

**WILLIAMS HART BOUNDAS EASTERBY, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 230-2326
Telephone: (713) 589-1834
Facsimile: (713) 643-6226
Email: PIDept@wholaw.com

—And—

George Chandler
**CHANDLER MATHIS ZIVLEY**
Texas State Bar No. 04094000
P.O. Box 340
Lufkin, Texas 75902-0340
Telephone: (936) 632-7778
Facsimile: (936) 632-1304
Email: gchandler@cmzlaw.net

**ATTORNEYS FOR PLAINTIFFS**


/s/ *Clayton E. Bailey*
Clayton E. Bailey, Lead Attorney
Texas State Bar No. 00796151
Benjamin L. Stewart
Texas State Bar No. 24046917

**BAILEY BRAUER PLLC**
Campbell Centre I
8350 N. Central Expressway, Suite 650
Dallas, Texas 75206
(214) 360-7433
(214) 360-7435 (fax)
Email:  cbailey@baileybrauer.com
        bstewart@baileybrauer.com

**ATTORNEYS FOR DEFENDANT
PILGRIM'S PRIDE CORPORATION**

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on September 15, 2020. As such, this document was served on all counsel of record who are deemed to have consented to electronic service.

/s/ *Clayton E. Bailey*
Counsel for Pilgrim's Pride Corporation
