NOT FOR PRINTED PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOSE MANUEL REQUENA ET AL. | § § § § § § § § | CASE NO. 9:20-CV-147-RC-ZJH |
| v. | | |
| PILGRIM'S PRIDE CORP. | | |

## **ORDER DENYING DEFENDANT'S FIRST MOTION TO DISMISS AS MOOT**

Defendant Pilgrim's Pride Corp. moved to dismiss Plaintiff's Complaint [Dkt. #5]. After Defendant filed its Motion, Plaintiff filed an Amended Complaint. [Dkt. #14]. Defendant then filed another Motion to Dismiss. [Dkt. #16]. Because of Plaintiff's Amended Complaint and because Defendant has filed another Motion to Dismiss, the Court accordingly **ORDERS** that Defendant Pilgrim's Pride Corporation's First Motion to Dismiss [Dkt. #5] is **DENIED AS MOOT**.

SIGNED this 18th day of September, 2020.

Zack Hawthorn
United States Magistrate Judge