IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JOSE MANUEL REQUENA and OSCAR REQUENA, Individually and on Behalf of the Estate of Maria Hernandez,<br><br>　　Plaintiffs,<br><br>v.<br><br>PILGRIM'S PRIDE CORPORATION,<br><br>　　Defendant. | CASE NO. 9:20-CV-00147-ZJH |

### FINAL JUDGMENT

The court has issued its *Order Granting Defendant's Motion for Summary Judgment*. Doc. No. 84. Accordingly, it is **ORDERED** that Plaintiffs Jose and Oscar Requena take nothing, and the case is **DISMISSED**. The clerk of court is directed to close this case, and all pending motions are denied as moot.

**THIS IS A FINAL JUDGMENT.**

SIGNED this 22nd day of April, 2022.

_____
Zack Hawthorn
United States Magistrate Judge

1